ROBERT A. DOLINKO, CA BAR NO. 076256
DEBORAH R. SCHWARTZ, CA BAR NO. 208934
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
THOMSON FINANCIAL INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA BONDERENKO,<br><br>           Plaintiff,<br><br>      vs.<br><br>THOMSON FINANCIAL CO., INC., THE THOMSON CORPORATION, a Corporation, and DOES 1-5, inclusive,<br><br>           Defendants. | Case No.: CV-05-01915 FCD-PAN<br><br>STIPULATION AND ORDER TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA |

WHEREAS, Plaintiff Anna Bonderenko was and is employed by Defendant Thomson Financial in the Northern District of California, maintains her business office in the Northern District, receives her paycheck in the Northern District, and resides in the Northern District; and

WHEREAS, Defendant Thomson Financial Inc. maintains an office in and does business in the Northern District, and

WHEREAS, Plaintiff Bonderenko is supervised in the Northern District and has not been employed by Thomson Financial Inc. in or resided in the Eastern District of California,

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #1014144 v1                                  -1-
STIPULATION AND ORDER TRANSFERRING VENUE

1  IT IS THEREFORE STIPULATED AND AGREED by and between the parties hereto
2  through their undersigned counsel that for the convenience of parties and witnesses, and in the
3  interest of justice, this lawsuit shall be transferred from this Court to the United States District
4  Court for the Northern District of California at the earliest opportunity.

5

6  Dated: October 26, 2005                THELEN REID & PRIEST LLP

7
                                          By_____/s/____Robert A. Dolinko_____
8                                             Robert A. Dolinko
                                              Deborah R. Schwartz
9                                             Attorneys for Defendant
                                              THOMSON FINANCIAL INC.
10
    Dated: November 15, 2005              BIEGLER ORTIZ & CHAN LLP
11

12
                                          By_____/s/____Robert P. Biegler_____
13                                            Robert P. Biegler
                                              Attorneys for Plaintiff
14                                            ANNA BONDERENKO

15                                            **ORDER**

16  It is ordered that this entire action is hereby transferred to the United States
17  District Court for the Northern District of California.  Each side shall bear its own costs and
18  attorneys fees..

19

20  Dated: November 17, 2005        /s/ Frank C. Damrell Jr                     .
                                    UNITED STATES DISTRICT JUDGE
21

22
23
24
25
26
27
28

THELEN REID
& PRIEST LLP     SF #1014144 v1              -2-
ATTORNEYS AT LAW                    STIPULATION AND ORDER TRANSFERRING VENUE